UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 4:13CR457 CEJ (TIA) |
| | ) | |
| ELIZABETH ALFONSO, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM REGARDING EXCLUSIONARY**
**DATES FOR PRE-TRIAL MOTION HEARING**

COMES NOW the undersigned counsel for Defendant Elizabeth Alfonso, and advises the Court that the undersigned is unavailable for Pre-Trial Motion Hearings on March 14, 2014 and March 20, 2014.

Respectfully submitted,

/s/Burton H. Shostak
Burton H. Shostak, MB#17443
SHOSTAK LAW, LLC
8015 Forsyth Boulevard
St. Louis, Missouri 63105
Telephone: (314) 725-3200
Facsimile:  (314) 725-3275
E-mail: bshostak@shostaklawfirm.com

Attorney for Defendant Elizabeth Alfonso

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of January, 2014, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/Burton H. Shostak